UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA          CASE NO.   08-mj-0003 CMK

vs.          ORDER TO PAY

JOSHUA M. VANDERPOOL

The Defendant, having entered a plea of guilty to count 1, is

ORDERED TO PAY THE FOLLOWING:

| Count | Fine | Assessment |
|---|---|---|
| Count I | Fine: $250.00 | Assessment: $25.00 |
| Count II | Fine: $__Dismissed | Assessment: $_____ |
| Count III | Fine: $__Dismissed | Assessment: $_____ |
| Count IV | Fine: $_____ | Assessment: $_____ |
| Count V | Fine: $_____ | Assessment: $_____ |

(X)     FINE TOTAL OF $200.00 and a penalty assessment of $25.00 payable in monthly installments of $50.00 or more beginning August 1, 2008, and continuing monthly until paid in full. Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

(X)     RESTITUTION OF $148.50 payable in full by July 1, 2008, to the Bureau of Land Management, 355 Hemsted Drive, Redding, CA 96002.

(X)     PROBATION to be unsupervised for a period of one year. During the term of probation Defendant shall obey all state, federal and local laws.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE